**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**at COVINGTON**

**CIVIL ACTION NO. 07-128-DLB**

**POMEROY IT SOLUTIONS, INC.**                                                                 **PLAINTIFF**

vs.                                            **JUDGMENT**

**RONALD H. McKIE, et al.**                                                                   **DEFENDANTS**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Pursuant to the Memorandum Opinion and Order entered contemporaneously herewith,

**IT IS ORDERED AND ADJUDGED** that Judgment is hereby **GRANTED** for Defendant McKie Family Trust, and that this matter is hereby **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket of this Court.

This is a final and appealable order.

This 13th day of January, 2009.



G:\DATA\Opinions\2-07-128-Judgment.wpd